No. 85–473. CARGILL, INC., ET AL. v. MONFORT OF COLORADO, INC. C. A. 10th Cir. Certiorari granted. JUSTICE

BLACKMUN took no part in the consideration or decision of this petition. 